

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

### NO. WR-79,346-01

### EX PARTE RHONDA FAYE GAINUS, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 37211 CR IN THE 40ᵀᴴ DISTRICT COURT
### FROM ELLIS COUNTY

*Per curiam*.

### O P I N I O N

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was originally charged with first degree felony possession with intent to deliver a controlled substance. She pleaded guilty to the lesser-included offense of possession of a controlled substance, and was sentenced to three years' imprisonment. She did not appeal her conviction.

Applicant contends that newly-available evidence proves that she is actually innocent of the offense. After she pleaded guilty to this offense, the Texas Department of Public Safety Crime Laboratory issued a report indicating that laboratory analysis of the evidence detected no controlled

substance.

The trial court has determined that undisputed facts show that Applicant is actually innocent of the offense for which she was convicted. *Ex parte Elizondo*, 947 S.W.2d 202, 208 (Tex. Crim. App. 1996).

Relief is granted. The judgment in Cause No. 37211 CR in the 40th District Court of Ellis County is set aside, and Applicant is remanded to the custody of the Sheriff of Ellis County to answer the charges as set out in the indictment. The trial court shall issue any necessary bench warrant within 10 days after the mandate of this Court issues.

Copies of this opinion shall be sent to the Texas Department of Criminal Justice-Correctional Institutions Division and Pardons and Paroles Division.

Delivered: May 8, 2013
Do not publish